UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: CV 18-08220 SJO                    DATE: November 1, 2018

TITLE: Victor Cortes Arrellano et al v. XPO Logistics Port Services, LLC, et al.
========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| Victor Paul Cruz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                  Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO REMAND CASE** [Docket No. 13.]

This Motion comes before the Court on Plaintiff Victor Cortes Arrellano's Motion to Remand the Case to Los Angeles Superior Court ("Motion") filed October 10, 2018. Defendants did not file an opposition ("Opposition") and Plaintiff did not file a reply ("Reply").

Plaintiff filed a Second Amended Motion to Remand the Case to Los Angeles Superior Court on October 12, 2018 ("Second Amended Motion"). The Second Amended Motion is the operative Motion. As such, Plaintiff's initial Motion is denied as moot.

III.    RULING

The Court **DENIES AS MOOT** Plaintiff's initial Motion.

IT IS SO ORDERED.