SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
ALEXANDER LARRO (S.B. #287737)
alarro@omm.com
CHRISTIANNA KYRIACOU MANTAS
(S.B. #313379)
ckyriacou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

*Attorneys for Defendants XPO Logistics Port Services, LLC, XPO Port Services, Inc., XPO Logistics, Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal Services, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTEZ ARRELLANO, AND ON BEHALF OF ALL UNNAMED PLAINTIFFS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>XPO PORT SERVICE INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08220-RGK-E<br><br>**DECLARATION OF SCOTT VOELZ IN SUPPORT OF DEFENDANT XPO LOGISTICS PORT SERVICES, LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL<br><br>Dept:    850<br>Judge:   Hon. R. Gary Klausner |

- 1 -

| | |
|---|---|
| 1 | Date:    July 13, 2020 |
| 2 | Time:    9:00 a.m. |
| 3 | Consolidated with Case No.: |
| 4 | 2:19-CV-09199-RGK-E |
| 5 | Related to Case Nos.: |
| 6 | 2:18-cv-03736-RGK-E |
| 7 | 2:18-cv-06175-RGK-E |
|   | 2:18-cv-09144-RGK-E |

# DECLARATION OF SCOTT VOELZ

I, Scott Voelz, hereby declare and state as follows:

1. I am an attorney admitted to practice before all courts of the State of California and in the Central District of California, and I am a partner at O'Melveny & Myers LLP, counsel of record for Defendants XPO Logistics Port Services, LLC, XPO Port Services, Inc., XPO Logistics, Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal Services, LLC ("Defendants" or "XPO") in the above-captioned case. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2. Attached as **Exhibit A** is a true and correct copy of an XPO Port Services, Inc. Independent Contractor Operating Contract (California) signed by Plaintiff Manuel de Jesus Martinez Mejia on March 8, 2016, which was introduced as Exhibit 3 to the March 4, 2020 Deposition of Manuel de Jesus Martinez Mejia. To preserve confidentiality, personal identifying information has been redacted.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of XPO's Federal Rules of Civil Procedure ("FRCP") 30(b)(6) witness, William Maleski, taken on December 20, 2018.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of XPO's FRCP 30(b)(6) witness, Enrique Flores, taken on December 21, 2018.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from a document titled Safety Matters: Contractor's Guide to XPO Intermodal's Operations, Environmentalism, Security, and Safety Matters, dated August 2018, Bates-stamped ALVAREZ-XPO_00003380, ALVAREZ-XPO_00003384, ALVAREZ-XPO_00003387, ALVAREZ-XPO_00003397, ALVAREZ-XPO_00003400, ALVAREZ-XPO_00003405, ALVAREZ-XPO_00003409,

1  ALVAREZ-XPO_00003418, ALVAREZ-XPO_00003419, ALVAREZ-
2  XPO_00003421, and ALVAREZ-XPO_00003424.
3      6. Attached as **Exhibit E** is a true and correct copy of excerpts from the
4  deposition transcript of Plaintiff Reynaldo Acosta, taken on August 26, 2019.
5      7. Attached as **Exhibit F** is a true and correct copy of excerpts from the
6  deposition transcript of Plaintiff Reynaldo Acosta, taken on November 20, 2019.
7      8. Attached as **Exhibit G** is a true and correct copy of excerpts from the
8  deposition transcript of Plaintiff Felix Nunez Duarte, taken on October 1, 2019.
9      9. Attached as **Exhibit H** is a true and correct copy of excerpts from the
10 deposition transcript of Plaintiff Edgardo Villatoro, taken on March 3, 2020.
11     10. Attached as **Exhibit I** is a true and correct copy of excerpts from the
12 deposition transcript of Plaintiff Gerald Daniels, taken on February 26, 2020.
13     11. Attached as **Exhibit J** is a true and correct copy of excerpts from the
14 deposition transcript of Plaintiff Manuel de Jesus Martinez Mejia, taken on March
15 4, 2020.
16     12. Attached as **Exhibit K** is a true and correct copy of excerpts from the
17 deposition transcript of Jeffrey Trauner, taken on January 10, 2019.
18     13. Attached as **Exhibit L** is a true and correct copy of excerpts from the
19 deposition transcript of Hector Carranza, taken on July 15, 2019.
20     14. Attached as **Exhibit M** is a true and correct copy of excerpts from the
21 deposition transcript of Christina Hernandez, taken on September 5, 2019.
22     15. Attached as **Exhibit N** is a true and correct copy of excerpts from the
23 deposition transcript of Shaneez Singh, taken on September 4, 2019.
24     16. Attached as **Exhibit O** is a true and correct copy of excerpts from the
25 deposition transcript of Guillermo Sabory, taken on August 1, 2019.
26     17. Attached as **Exhibit P** is a true and correct copy of excerpts from the
27 deposition transcript of XPO's individual and FRCP 30(b)(6) witness, William
28

1    Maleski, taken on August 15, 2019.

2       18.    Attached as **Exhibit Q** is a true and correct copy of excerpts from the deposition transcript of XPO's FRCP 30(b)(6) witness, Felipe Flores, taken on January 9, 2019.

       19.    Attached as **Exhibit R** is a true and correct copy of excerpts from the deposition transcript of XPO's FRCP 30(b)(6) witness, Louis Guy, taken on August 8, 2019.

       20.    Attached as **Exhibit S** is a true and correct copy of excerpts from the deposition transcript of Jeffrey Trauner, taken on August 16, 2019.

       21.    Attached as **Exhibit T** is a true and correct copy of Plaintiff Reynaldo Gomez Acosta's Responses to XPO Logistics Port Services LLC's Requests for Admission, Set One, dated May 28, 2020.

       22.    Attached as **Exhibit U** is a true and correct copy of Plaintiff Servando Avila Luciano's Responses to XPO Logistics Port Services LLC's Requests for Admission, Set One, dated May 28, 2020.

       23.    Attached as **Exhibit V** is a true and correct copy of Plaintiff Felix Nunez Duarte's verified Responses to XPO Logistics Port Services LLC's Special Interrogatories, Set One, dated September 17, 2019.

       24.    Attached as **Exhibit W** is a true and correct copy of a letter from my colleague, Alexander Larro, to Plaintiffs' counsel regarding deposition errata submitted on behalf of certain of the named Plaintiffs, dated May 26, 2020.

       25.    Attached as **Exhibit X** is a true and correct copy of a document produced by Defendants reflecting a list of putative class members, bates stamped ALVAREZ-XPO_00073669 to ALVAREZ-XPO_00073674, produced to Plaintiffs' counsel on February 21, 2020. To preserve confidentiality, personal identifying information has been redacted.

       26.    Attached as **Exhibit Y** is a true and correct copy of excerpts from the

deposition transcript of XPO's individual and FRCP 30(b)(6) witness, William Maleski, taken on August 15, 2019.

27. Attached as **Exhibit Z** is a letter from Plaintiffs' counsel to my colleague, Alexander Larro, in response to the letter listed above as Exhibit W, dated June 9, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of June, 2020, at Los Angeles, California.

                                                /s/ Scott Voelz
                                                Scott Voelz