SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
ANDREW WEISBERG (S.B. #307519)
aweisberg@omm.com
CHRISTIANNA KYRIACOU MANTAS
(S.B. #313379)
ckyriacou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:   +1 213 430 6000
Facsimile:    +1 213 430 6407

Attorneys for Defendant and Counter-
Claimant XPO Logistics Cartage, LLC
and Defendants XPO Port Services Inc.,
XPO Logistics Port Services, LLC, and
XPO Logistics, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTEZ ARRELLANO, AND ON BEHALF OF ALL UNNAMED PLAINTIFFS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>  v.<br><br>XPO PORT SERVICE INC.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-08220-RGK-E<br><br>**DECLARATION OF CARLOS COTA**<br><br>Dept:      850<br>Judge:   Hon. R. Gary Klausner<br><br>Related to Case No.:<br>2:18-cv-03736-RGK-E<br><br>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL |

## DECLARATION OF CARLOS COTA

I, Carlos Cota, hereby declare and state as follows:

1.      I am a dispatcher employed by XPO Logistics Port Services, LLC ("XPO") in Rancho Dominguez, California, and I have held that job with XPO and its two predecessor companies for more than 30 years.  Part of my job involves offering loads to the independent contractor owner-operators ("Contractors") that XPO contracts with to transport freight.  I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2.      As a dispatcher at XPO, I am familiar with the practices and daily tasks of dispatchers, as well as our policies for offering loads to Contractors and their second-seat drivers.

3.      Contractors come to XPO with varied experience.  Some previously worked as owner-operators for other companies, while others previously worked as second-seat drivers for other Contractors before contracting with XPO or worked as employees of an agency that contracts with XPO.  Some have chosen to obtain an endorsement on their commercial driver's license to transport hazardous materials loads, ███████████████████████████████████.  In Rancho Dominguez, I believe we currently have at least ██ Contractors or second-seat drivers with a hazardous materials endorsement.

4.      While contracting with XPO, Contractors run their businesses differently.  Some employ second-seat drivers.  I am aware of ██ current Contractors contracting out of Rancho Dominguez who employ second-seat drivers. Two of those Contractors choose to drive only once or twice per month.  When Contractors employ second-seat drivers, they reach arrangements with their second-seat drivers regarding what to pay them.  XPO is not involved in or aware of the amounts they pay their second-seat drivers.

5.      To my knowledge, all of the current Contractors have chosen to own

COTA DECLARATION
NO. 2:18-CV-08220-RGK-E

1  (rather than lease) the trucks they use to service their contracts.  Some Contractors

2  have multiple trucks in service with XPO.  For example, a few years ago, a

3  contractor named ███████ had 10 trucks in service with XPO.

4       6.     Contractors reach out to me and my fellow dispatchers when they want

5  to receive loads to transport.  During the period at issue in this case, which I

6  understand to be from March 28, 2013 to the present, Contractors could request

7  dispatches by calling a dispatcher or by asking a dispatcher for a load in person at

8  the terminal.  In my experience, most Contractors request loads a day in advance.

9  My colleagues, who work later in the day, have given Contractors loads in advance

10 if available.  I estimate that about 60 percent of dispatches for the next day are

11 scheduled in advance upon Contractors' requests.  For the remaining dispatches,

12 Contractors tend to request their first dispatch in a given day in person (because

13 many choose to park their trucks at the terminal) and then request additional

14 dispatches by phone after completing their first load.  When Contractors request

15 one or more loads, we go over the available loads with them and they select from

16 those options or decline to take any of them.  We offer loads to contractors on a

17 first-come, first-served basis.  If no loads are immediately available, ███████

18 ████████████████████████████████████████████████████████████

19 ████████████████████████████████.  Occasionally, we also reach

20 out to Contractors to offer them loads.  They are under no obligation to accept those

21 loads.  Some do, while others do not.

22      7.     There is no requirement that Contractors work at specific times or at

23 all on any given day.  Contractors decide if and when they want to request a load.

24 The majority of Contractors choose to drive Monday through Friday, or Monday

25 through Thursday in the event they have opted to drive at night because many of the

26 Los Angeles area ports are closed on Friday nights.  Contractors have the option to

27 drive over the weekends as well.  We are available to provide dispatches on

28 Saturdays that the Contractors can do on either Saturday or Sunday.  I am aware of

1   at least ███ Contractors who routinely accept loads on Saturdays and complete

2   them on Sundays.

3        8.     Some Contractors request loads for early in the morning, while others

4   prefer to start mid-morning or later in the day.  Currently, about half of the

5   Contractors request loads during the day, while the remaining Contractors request

6   loads at night. ████████████████████████████

7   ████████████████████████████████████████

8   █████████████████████████████. We typically offer one

9   load at a time to those who drive during the day, while we typically offer two loads

10  at a time to those who drive at night, depending on their interest and the availability

11  of loads.  Contractors can request and take on two loads at a time as well.  In the

12  event Contractors determine they are unable to complete their second loads, they let

13  us know and we offer them to other Contractors.  Contractors who choose to work

14  on a given day complete anywhere from one to three loads on that day, depending

15  on their interest and availability and the distance of the loads.  Some Contractors,

16  like Plaintiff Gerald Daniels, prefer to work early in the day.  In the event he

17  accepts a load in the early afternoon, he will pick up the load and return to the XPO

18  terminal in Commerce to park his loaded truck until the following day when he will

19  deliver the load to the customer.

20       9.     When Contractors request loads from me, I share with them all of the

21  options that are available, providing the city of the destination, and let them select

22  from those options or decide not to take any of them.  There is no requirement that

23  Contractors accept any of the loads they are offered.  There are also no negative

24  consequences against Contractors who refuse loads, and in my experience,

25  dispatchers do not retaliate against Contractors in any way for doing so.  Instead, if

26  a Contractor turns down a load, ████████████████████████

27  ██████████████████████████████████████

28  ██████████████████████████████████████

- 4 -

████████   In my experience, depending on the season and the amount of work available, I am typically able to offer those Contractors who turn down a load an alternative load within a few hours.

10. Some Contractors, including Plaintiffs Gerald Daniels, Manuel Jesus Martinez Mejia, and Edgardo Villatoro, are willing to select from whatever loads are available when they call in. However, other Contractors commonly refuse to transport particular loads. Contractors often express that they do not want to take loads for a variety of reasons. Some do so because they do not want to do local moves and instead prefer trips out to Ontario, Rialto, and Redlands, which are locations closer to their homes. Others do so because they do not want to drive to a distant location requiring them to drive over weigh scales or because they do not want to make a two- to three-hour drive to destinations like Lebec, California. I occasionally ask Contractors why they are turning down loads offered to them to see if there are any issues or problems with particular customers or rail yard locations, and to allow us to offer more tailored loads to those Contractors in the future. This will also occasionally inform whether XPO offers any premiums or incentives for certain moves.

11. Many Contractors that I interact with routinely refuse loads, and as a result, my colleagues in Dispatch and I have learned Contractors' preferences over time. Contractors also frequently express preferences to me for certain types of loads, such as hazardous materials loads, ████████, and loads they believe are easier or more convenient for them for various reasons (for example, local moves or moves to Ontario or other destinations closer to their homes), and I have grown to know the load preferences of the Contractors I interact with frequently. I receive requests from Contractors for particular types of loads on a daily basis.

12. Sometimes, several Contractors will reject the same load going to a particular area or a particular customer. If no Contractor is willing to take that load

1  for the initial price offered, which is reflected in Schedule B of their contracts, ███

2  ████████████████████████████████████████████████████████████████

3  ████████████████████████. For example, about six months ago, the

4  terminal manager authorized a ██████████ incentive for drivers willing to transport

5  empty trailers from the XPO terminal yard to the port at night.  These premiums are

6  not reflected in Schedule B; instead, they are specifically authorized by the terminal

7  manager, and dispatchers like myself will then offer them to Contractors.  We also

8  will sometimes send out broadcast messages to Contractors to let them know when

9  certain loads are paying premiums or incentives and ask them if they are interested

10  in taking those loads.  If a Contractor accepts a load after being offered a premium

11  or incentive, we manually enter the information regarding the premium in our Rail

12  Optimizer system so that the settlement specialists know that the driver accepted a

13  load with a premium, to ensure the premium is paid.

14          13.    Prior to the Contractors' transition to using tablets a few years ago, a

15  Contractor would ask me for a printout with directions about once a year when he

16  or she selected a load to a new customer location.  I do not recall that any of these

17  requests came from members of the class in this case.  At the Contractor's request, I

18  used Google Maps to obtain directions to the new customer location from the XPO

19  terminal or port.  I printed a copy of the directions and provided the copy to the

20  Contractor.  Since the transition to tablets, I have provided verbal directions about

21  once a year when a Contractor or his or her driver calls in requesting directions.

22  The last time I provided directions by phone was about six months ago.  I have

23  provided directions to Contractors and their drivers solely for the Contractor's

24  benefit; it does not matter to me whether the Contractor or their drivers follow the

25  directions so long as they are able to reach the customer's location.  None of the

26  Contractors or their drivers has complained about the directions I have provided.

27          14.    Under their contracts with XPO, Contractors determine the working

28  hours and days they and their drivers will observe, subject only to the federal hours

- 6 -

1   of service limits.  This means that Contractors who drive, along with any additional
2   drivers they employ, can and do decide not to work whenever they would like.
3   Some Contractors (but not all) let me or my colleagues know they do not plan to
4   accept dispatches on certain days as a matter of courtesy; they are not required to do
5   so.  For example, Plaintiff Edgardo Villatoro has decided not to accept dispatches
6   on certain days in the past without letting us know.  Plaintiff Felix Nunez Duarte
7   has previously let me know he was not going to be accepting dispatches for a few
8   days to spend time with family who was visiting from out of town.  He typically
9   decides not to accept dispatches on three to four weekdays each month, and, in the
10  past, he chose not to accept dispatches for a week or week and a half in order to
11  travel to Boston to visit family.  Plaintiff Gerald Daniels often decides not to accept
12  dispatches for a day or two around holidays and will let me or one of my colleagues
13  in Dispatch know out of courtesy.  Others decide not to make themselves available
14  for dispatch at certain times as well, especially over the holiday season.  In my
15  experience, Contractors typically choose to take themselves off dispatch for an
16  average of two weeks during November and/or December alone.

17        15.    Some Contractors, in addition to contracting with XPO's terminal in
18  Rancho Dominguez, have contracted with XPO's terminal in Commerce, which
19  offers more loads to and from railyards.  I am aware of four current Contractors
20  who do so.

21        I declare under penalty of perjury under the laws of the United States of
22  America that the foregoing is true and correct to the best of my knowledge,
23  information, and belief.

24        Executed this *15* day of January, 2021, at Rancho Dominguez, California.

25

26        _____

27                    Carlos Cota

28

COTA DECLARATION
NO. 2:18-CV-08220-RGK-E