1  SCOTT VOELZ (S.B. #181415)
2  svoelz@omm.com
   ANDREW J. WEISBERG (S.B. #307519)
3  aweisberg@omm.com
4  CHRISTIANNA KYRIACOU MANTAS
   (S.B. #313379)
5  ckyriacou@omm.com
6  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
7  Los Angeles, California 90071-2899
   Telephone:  +1 213 430 6000
8  Facsimile:  +1 213 430 6407
9
10 *Attorneys for Defendants XPO Logistics
   Port Services, LLC, XPO Port Services,*
11 *Inc., XPO Logistics, Inc., XPO Logistics,*
   *LLC, XPO Intermodal Solutions, Inc., and*
12 *XPO Intermodal Services, LLC*
13
            **UNITED STATES DISTRICT COURT**
14
            **CENTRAL DISTRICT OF CALIFORNIA**
15

16 | VICTOR CORTEZ ARRELLANO,            | Case No. 2:18-cv-08220-RGK-E
17 | AND ON BEHALF OF ALL
   | UNNAMED PLAINTIFFS                   | **DECLARATION OF JOSE**
18 | SIMILARLY SITUATED,                  | **MORAN**
19 |
   |              Plaintiffs,             | Dept:   850
20 |                                       | Judge:  Hon. R. Gary Klausner
21 |       v.
                                           | Related to Case No.:
22 | XPO PORT SERVICE INC.; and           | 2:18-cv-03736-RGK-E
   | DOES 1 through 50, inclusive,
23 |
                                           | REDACTED VERSION OF
24 |              Defendants.              | DOCUMENT PROPOSED TO BE
                                           | FILED UNDER SEAL
25
26
27
28

## DECLARATION OF JOSE MORAN

I, Jose Moran, hereby declare and state as follows:

1. I am a dispatcher employed by XPO Logistics Port Services, LLC ("XPO") in Rancho Dominguez, California, and I have held that job and similar jobs with XPO and its predecessor companies for 22 years. Part of my job involves offering loads to the independent contractors ("Contractors") that XPO contracts with to transport freight. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2. As a dispatcher at XPO, I am familiar with the practices and daily tasks of dispatchers, as well as our policies for offering loads to Contractors and their drivers.

3. Contractors and their drivers come to XPO with varied experience. Some have obtained an endorsement on their commercial driver's license to transport hazardous materials loads, ███████████████████████████████████████████████████████████████ I am aware of at least ███ Contractors or drivers of Contractors with their hazardous materials endorsement. Several more had their hazardous materials endorsement in prior years when XPO offered more hazardous materials loads. Some of the Contractors and their drivers opted not to spend $150 to take the test to renew this endorsement. Also in prior years, several Contractors and their drivers obtained their tanks endorsement ███████ ███████████████████████████████████████████████████████████████ ███████████████████████

4. While contracting with XPO, Contractors, both individuals and corporations, run their businesses differently. Some employ or have employed additional drivers. I am aware of ███ current Contractors who employ second-seat drivers ███████████████████████ who previously employed a second-seat driver. Some of these Contractors have one truck and they (or their owners in the

- 2 -

MORAN DECLARATION
NO. 2:18-CV-08220-RGK-E

case of incorporated Contractors) trade off driving with their second-seat drivers. For instance, two current Contractors have their second-seat drivers transport loads during the day, and the Contractors transport loads at night. Other Contractors have multiple trucks, and they (or their owners) and their second-seat drivers drive different trucks. When Contractors employ additional drivers, they reach arrangements with their drivers regarding what to pay them. XPO is not involved in or aware of the specific amounts Contractors pay their drivers. I am aware that the amounts Contractors have agreed to pay their drivers have varied. I understand that Contractors tend to pay their drivers between 35 percent and 50 percent of the settlement they receive for the loads their drivers transport.

5. To my knowledge, most of the current Contractors have purchased the trucks they use to service their contracts with XPO, after having leased the trucks. Some Contractors have multiple trucks in service with XPO. I am aware of at least six Contractors who have or have had multiple trucks in service with XPO at one time. Former contractor ████████, for example, previously had at least four trucks in service with XPO. My understanding is that he has since taken three of his trucks out of service with XPO and put them into service with another company.

6. Contractors or their drivers reach out to me and my fellow dispatchers when they want to receive loads to transport. During the period at issue in this case, which I understand to be from March 28, 2013 to the present, Contractors and their drivers could request dispatches by calling us or by asking us for a load in person. Because I currently start dispatching in the evenings, I contact Contractors and their drivers who have requested work at night to offer them the available appointments at the ports. I provide the Contractors or drivers multiple options when available and allow them to select the option they prefer. Plaintiff Edgardo Villatoro, for example, tends to select whatever load pays the most from the options available.

7. About five years ago, when I worked during the day, a few Contractors

1  asked me for directions when they selected a load to a new customer location. In
2  total, I received a couple requests for directions each month for about a year. As
3  best I can recall, only one Contractor in this action made some of those requests.
4  When I received those requests, I printed out directions from Google Maps and
5  provided the directions to the Contractors. I also occasionally received calls from
6  Contractors who were unable to find the customer's building and have either
7  Googled the address of the customer location to help the Contractor find it or called
8  the customer to find out the nearby main streets to provide to the Contractor. I have
9  followed up with the Contractor by phone to ensure he or she reached the customer
10 location. I have provided directions only when requested and to assist the
11 Contractors. It would not matter to me if they went a different route from the
12 directions I provided.

13       8.     There is no requirement that Contractors or owners of incorporated
14 Contractors work at specific times or at all on any given day. Contractors can and
15 do set their own schedules and change them at any time without explanation. One
16 Contractor I know recently changed his normal schedule, so he could pick up
17 relatives from the airport. Contractors and drivers let us know when they want to
18 request a load, if at all. Those who prefer to work at night have shared with me that
19 they like to avoid traffic or have other obligations during the day, like taking their
20 children to school, paying bills, and running errands.

21       9.     Some Contractors or their drivers request loads for early in the
22 morning, while others prefer to start mid-morning or later in the day. ███████

███████████████████████████████████████████████████████████

███████████████████████████████████████

25       10.    There is no requirement that Contractors or their drivers accept any of
26 the loads they are offered. There are also no negative consequences against
27 Contractors who refuse loads, and in my experience, dispatchers do not retaliate
28 against Contractors in any way for doing so. Instead, if a Contractor turns down a

1  load, we simply offer that Contractor other available loads or, in the event no loads
2  are available, ███████████████████████████████
   ███████████████████████████████████████████████
   ███████████████████████████████

5      11.  From my experience as a dispatcher, it is very common for Contractors
6  or owners of incorporated Contractors to express preferences for particular loads or
7  to refuse to transport particular loads, especially when there is a high volume of
8  available work. Contractors or owners often express that they prefer certain loads
9  and do not want to take other loads for a variety of reasons. Some prefer to do one
10 short haul and then one long haul out to a location that is close to where they live in
11 the Inland Empire, which they commonly refer to as a "ride home." Others,
12 including Plaintiff Felix Nunez Duarte, prefer the opposite and request moves out
13 to the Inland Empire first and then local moves because they live locally. Having
14 worked with Contractors over the years, I have come to learn their preferences and I
15 will offer them their preferred work when available. For example, Plaintiff
16 Edgardo Villatoro previously requested loads for ███ and I offered him those
17 loads when they were available.

18     12.  Many Contractors or owners of incorporated Contractors that I interact
19 with routinely refuse loads. Some Contractors turn down loads because, for
20 example, they do not want to do local moves, to drive to a distant location requiring
21 them to drive over weigh scales, or to drive two to three hours out to Lebec,
22 California. Plaintiff Gerald Daniels, for instance, has turned down loads multiple
23 times per week, including local moves for the ███████ accounts, moves
24 out to Lebec for the ███ account, and moves for the ███ account, based on his
25 preferences. I occasionally ask Contractors or owners of incorporated Contractors
26 why they are turning down loads offered to them to see if there are any issues or
27 problems with particular customers or rail yard locations, and to allow us to offer
28 more tailored loads to those Contractors in the future. This will also occasionally

1  inform whether any premiums or incentives are offered for certain moves.

2  13.  XPO has offered premiums or incentives for a variety of reasons,
including to ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████. These incentives often range from ████
████████. When Contractors request incentives, I will ask my manager for approval. In the past few years, when I have asked my manager to approve incentives, I estimate that he has done so 90 percent of the time.

14.  Under their contracts with XPO, Contractors determine the working hours and days they and their drivers will observe, subject only to the federal hours of service limits. This means that Contractors or owners of incorporated Contractors who choose to drive, along with any additional drivers they employ, can and do decide not to work whenever they would like. In my experience, Contractors typically take themselves off dispatch for about two weeks each year to vacation. Some Contractors (but not all) let me or my colleagues know they do not plan to accept dispatches on certain days as a matter of courtesy; they are not required to do so. The Contractors or owners of incorporated Contractors who prefer to drive at night often let us know they will not be driving because they know we start offering dispatches earlier in the afternoon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 5 day of June, 2021, at Rancho Dominguez, California.

*/s/ Jose Moran*

Jose Moran