# EXHIBIT FFF

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| 1 | SCOTT VOELZ (SBN 181415) |
| 2 | svoelz@omm.com |
|   | ALEXANDER J. LARRO (SBN 287737) |
| 3 | alarro@omm.com |
| 4 | CHRISTIANNA KYRIACOU MANTAS |
|   | (SBN 313379) |
| 5 | ckyriacou@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street, 18th Floor |
| 7 | Los Angeles, California 90071-2899 |
|   | Telephone: +1 213 430 6000 |
| 8 | Facsimile: +1 213 430 6407 |
| 9 | |
| 10 | *Attorneys for Defendants XPO Logistics* |
|    | *Port Services, LLC, XPO Port Services,* |
| 11 | *Inc., XPO Logistics, Inc., XPO Logistics,* |
|    | *LLC, XPO Intermodal Solutions, Inc., and* |
| 12 | *XPO Intermodal Services, LLC* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR CORTEZ ARRELLANO, AND ON BEHALF OF ALL UNNAMED PLAINTIFFS SIMILARLY SITUATED, | | Case No. 2:18-cv-08220-RGK-E |
| | Plaintiffs, | **DECLARATION OF HECTOR CARRANZA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |
| v. | | |
| XPO PORT SERVICE INC.; and DOES 1 through 50, inclusive, | | UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL |
| | Defendants. | Dept: 850 |
| | | Judge: Hon. R. Gary Klausner |
| | | Consolidated with Case No.: 2:19-CV-09199-RGK-E |

# DECLARATION OF HECTOR CARRANZA

I, Hector Carranza, hereby declare and state as follows:

1. I am a Safety Coordinator employed by XPO Logistics Port Services, LLC ("XPO") in Rancho Dominguez, California, and I have held that job with XPO since June 2015. In addition to other responsibilities, part of my job as a Safety Coordinator involves coordinating the onboarding process for independent contractors ("Contractors") that XPO contracts with to transport freight and ensuring that those Contractors are in compliance with applicable federal and state trucking safety regulations. As a Safety Coordinator, I am familiar with the Federal Motor Carrier Safety Regulations ("FMCSRs"), as well as XPO's safety practices. In carrying out my duties, I also have become familiar with many of the Contractors at XPO and their operational decisions.

2. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

3. I am familiar with the Independent Contractor Operating Contracts ("ICOCs") that individual Contractors or incorporated Contractors enter into with XPO, as I review the ICOC with prospective Contractors or their officers or representatives as part of the onboarding process before they decide whether to agree to its terms and sign the agreement individually or on behalf of a limited liability company or incorporated entity. I usually spend ▮▮▮▮▮▮ ▮▮▮ reviewing the ICOC with them. Some Contractors and officers or representatives ask questions about specific portions of the ICOC, while reviewing it in depth, while others just want to sign the ICOC and do not ask any questions. I also explain to Contractors and their officers or representatives that they have the option to take the ICOC home with them, take it to their lawyers, and take their time reviewing it before signing it if they wish. As part of the onboarding process, I also review the FMCSRs and Department of Transportation ("DOT") safety-related regulations, which is usually just a refresher on various regulations the

- 2 -

1  Contractors and their officers or representatives mostly already know. The entire
2  onboarding process takes ▇▇▇▇▇▇▇▇▇▇▇▇, including review of the ICOC
3  and safety guides and this refresher on relevant safety laws and regulations.

4      4.    Contractors obtain the vehicles they use to service their contracts in
5  different ways and from different sources. Some Contractors come in with their
6  own trucks from working as contractors with other companies, or for themselves,
7  already registered, while others choose to purchase or lease their trucks only shortly
8  before signing their ICOCs. In the past, Contractors at the XPO terminal had the
9  option to lease their vehicles through a source recommended or facilitated by XPO.
10 However, in around 2016, XPO ended that practice. Since then, all Contractors
11 who have entered into contracts with XPO have purchased or leased their trucks
12 from outside dealerships or other sources of their choosing. It is my understanding
13 that many of the Contractors who have onboarded since that time have purchased
14 their trucks from the same nearby dealership, South Bay Truck Center, in Carson,
15 California, through word of mouth or referrals from other contractors. However,
16 Contractors choose to purchase or lease their trucks from other sources as well. It
17 is up to Contractors whether to purchase or lease their trucks, as long as their trucks
18 meet the Federal Motor Carrier Safety Administration's criteria.

19     5.    While contracting with XPO, Contractors choose to run their
20 businesses in different ways. For example, while most prospective Contractors sign
21 their ICOCs as individuals, over the period of time at issue in this case, several
22 owners of corporations or LLCs have chosen to contract on behalf of their business
23 entities. I can recall at least five individuals who owned preexisting incorporated
24 entities and who signed their contracts with XPO on behalf of those entities. At
25 least two entities that I know of, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
26 ▇▇▇▇▇▇▇▇, are currently operating under a contract with XPO. Previously,
27 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, which also has a contract with the XPO Logistics Cartage
28 terminal in San Diego, was contracting with the XPO Port Services terminal. I

1  understand that at least some of these owners, such as the owner of ▮▮▮▮
2  ▮▮▮▮▮▮▮▮ have chosen to pay themselves as employees of their entities.

3      6.    There is no requirement that Contractors or their drivers start or end
4  work at specific times or at all on any given day or week, and they choose the hours
5  and days to operate that work best for them. In other words, Contractors set their
6  own hours and days of providing services and those of any drivers they employ,
7  and they have shared with me that they choose to work at times when the most
8  work is available, when they can avoid traffic, or when they can avoid the worst
9  lines at the ports. Contractors and their drivers also decide if and when they want to
10 request a load, and XPO does not have forced dispatch, meaning that Contractors
11 are not required to accept the first option for a load provided to them (or to accept a
12 load at all), and in my experience they are not retaliated against or treated
13 differently if they choose not to accept a load that is offered to them. XPO certainly
14 has no policy of retribution should contractors refuse a load, and I am aware of
15 contractors who refuse loads frequently.

16     7.    Some of the individual Contractors and owners of corporate entities
17 who have contracted with XPO during my time with the company have decided not
18 to personally provide services under their contracts. For example, one of the
19 incorporated entities currently under contract with XPO, ▮▮▮▮▮▮▮▮ is
20 owned by an individual who chooses not to personally drive. Instead, the entity
21 pays other drivers to operate its truck. Another current Contractor, ▮▮▮▮
22 ▮▮, lives out of state but has employed at least one driver to operate her truck
23 in Los Angeles since July 2019. In recent years, ▮▮▮▮▮▮, while working
24 as a maintenance vendor for contractors at the Port Services terminal, has also
25 contracted with XPO with at least one truck and has paid drivers to operate his
26 truck on a full time basis. ▮▮▮▮▮ is also a current non-driving Contractor.
27 And ▮▮▮▮▮▮▮ owner lived in San Diego, but the corporation
28

- 4 -

CARRANZA DECL. ISO DEFENDANTS' OPP. TO
PLAINTIFFS' RENEWED MOT. FOR CLASS CERT.
NO. 2:18-CV-08220-RGK-E

Exhibit FFF
Page 1150

1 employed a driver to operate one of its trucks to provide services to XPO Port
2 Services from 2018 until early 2019.

3     8.    Some individual Contractors and owners of incorporated Contractors
4 at XPO who do choose to personally drive also choose to employ second-seat
5 drivers to operate one or more of their trucks at least part of the time. When
6 Contractors employ second-seat drivers, they reach their own arrangements with
7 their second-seat drivers regarding when they drive and what to pay them. XPO is
8 not involved in or aware of the amounts that Contractors pay their second-seat
9 drivers, nor does XPO control when, how, or how frequently the Contractors
10 choose to utilize them. Contractors can use previously qualified drivers who had
11 worked for other Contractors to operate their trucks, or they can bring second-seat
12 drivers of their choosing to XPO, and the recruiting team or the corporate safety
13 team will simply review their materials and on-board them to ensure that the
14 second-seat drivers Contractors want to employ meet the driver qualification
15 standards under the FMCSRs. For example, Plaintiff Gerald Daniels just recently
16 brought in his son to be qualified as a second-seat driver and he is currently in the
17 process of being on-boarded to work for Mr. Daniels.

18     9.    Around the time I first started at the terminal in 2015, there were at
19 least seven Contractors that employed second-seat drivers to drive their trucks at
20 least part of the time. Some of those Contractors operated multiple trucks and
21 employed multiple drivers to drive those trucks. For example, between 2015 and
22 2016, ▬▬▬▬▬ operated around four trucks, and he employed and paid eight or
23 more drivers to operate those trucks. Another Contractor, ▬▬▬▬▬, operated
24 at least four different trucks at one time as well, and he had a crew of at least seven
25 different drivers when he was doing so. Contractor ▬▬▬▬▬ at one point had
26 multiple vehicles (10 or more different units during my time at the company), and
27 to my knowledge, he had a crew that included at least nine or 10 second-seat
28 drivers. Even many Contractors who do not utilize multiple trucks nonetheless

- 5 -

1  occasionally employ second-seat drivers to operate their trucks. For example,
2  Contractors ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ each have only one truck (Mr. ▮▮▮
3  previously had at least two), but each employed at least one second-seat driver.
4  Contractor ▮▮▮▮▮ has also recently employed at least one second-seat
5  driver. While Mr. ▮▮▮▮ still personally drives at times, he occasionally goes for
6  long periods without doing so, having his second-seat driver operate his truck on a
7  nearly full-time basis instead.
8      10.    Under the terms of the ICOC, and particularly Schedule T of the
9  ICOC, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Although I do not systematically track
13 this information, I am aware of at least ▮▮ Contractors who have had their own
14 DOT numbers and operating authority.
15     11.    Of course, Contractors also always have the option to contract with
16 and provide services to other companies using other vehicles that are not under
17 contract to XPO, subject only to those same hours of service limitations. At one
18 point in 2018, for example, it is my understanding that ▮▮▮▮▮▮ was using some
19 additional trucks he and his drivers operated to haul loads for another logistics
20 company while using other trucks under his contract with XPO. Individual
21 Contractors (and drivers of incorporated Contractors) also have the ability to drive
22 for other companies using a different vehicle from that under contract to XPO, and
23 they can even do so as an employee driver for those other companies if they so
24 choose (while also providing services under their contracts with XPO). In neither
25 case do they need to meet the requirements of Schedule T of the ICOC.
26 //
27 //
28 //

- 6 -

CARRANZA DECL. ISO DEFENDANTS' OPP. TO
PLAINTIFFS' RENEWED MOT. FOR CLASS CERT.
NO. 2:18-CV-08220-RGK-E

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of June, 2020, at Rancho Dominguez, California.

*/s/ Hector Carranza*
Hector Carranza