Alvin M. Gomez, Esq., State Bar No. 137818
Stephen N. Ilg, Esq., State Bar No. 275599
Frank Zeccola, Esq., State Bar No. 308875
**GOMEZ LAW GROUP**
2725 Jefferson Street, Suite 3
Carlsbad, California 92008
Telephone: (858) 552-0000
Facsimile: (760) 542-7761
Email: alvingomez@thegomezlawgroup.com

Attorney for Plaintiffs Reynaldo Gomez Acosta, Servando Avila Luciano, and Felix Nunez Duarte, and on behalf of all unnamed Plaintiffs similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTES ARRELLANO, AND ON BEHALF OF ALL UNAMED PLAINTIFFS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>XPO LOGISTICS PORT SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08220-RGK-E<br><br>Related Case No. 2:18-cv-03736-RGK-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 27, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on September 27, 2021, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the above-entitled court, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Reynaldo Acosta, Felix Nunez Duarte and Servando Avila Luciano, on behalf of themselves and other Class Members (hereinafter "Plaintiffs"), will and hereby do move the Court to issue an Order: (1) preliminarily approving the proposed Class Action Settlement Agreement, excluding Osman R. Garcia, Luis Humberto Montalvo, Mariano A. Saravia, Armando Henriquez, Luis Meza, and Vicente Renderos, who opted out of the settlement; (2) approving the form and method for providing class-wide notice; (3) directing that notice of the proposed settlement be given to the class; and (4) scheduling a final approval hearing to consider the request for final approval of the proposed settlement and for entry of judgment as well as Plaintiffs' request for attorneys' fees and expenses.

This motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FRCP"), and is based upon this Notice of Motion for Preliminary Approval of Class Action Settlement, the Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement, the Declaration of Alvin M. Gomez in Support of Preliminary Approval of Class Action Settlement, and exhibits thereto, the Declarations of the Plaintiffs in this matter, the Proposed Order Granting Preliminary Approval of the Settlement, and Scheduling Hearing on Final Settlement Approval, the proposed forms of notice of settlement, and such other and further material or argument as may be presented at the hearing on this motion in addition to the Court's records to date in this action.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 13, 2021.

DATED: August 19, 2021   **GOMEZ LAW GROUP**
By:

/s/ ALVIN M. GOMEZ
_____
**ALVIN M. GOMEZ, Esq.**
Attorneys for Plaintiffs