SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
ANDREW WEISBERG (S.B. #307519)
aweisberg@omm.com
CHRISTIANNA KYRIACOU MANTAS
(S.B. #313379)
ckyriacou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:   +1 213 430 6000
Facsimile:    +1 213 430 6407

*Attorneys for Counterclaimant XPO
Logistics Cartage, LLC and Defendants
XPO Port Services Inc., XPO Logistics
Port Services, LLC, and XPO Logistics,
Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTEZ ARRELLANO, AND ON BEHALF OF ALL UNNAMED PLAINTIFFS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>        v.<br><br>XPO PORT SERVICE INC.; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:18-cv-08220-RGK-E<br><br>**JOINT STIPULATION REGARDING CLASS ACTION SETTLEMENT**<br><br>Dept:      850<br>Judge:    Hon. R. Gary Klausner<br><br>Related to Case No.:<br>2:18-cv-03736-RGK-E |

1 | *Continued from first page*

2 | Alvin M. Gomez, Esq., (SBN 137818)
3 | Stephen Noel Ilg, Esq., (SBN 275599)
    | Frank Zeccola, Esq. (SBN 308875)
4 | **GOMEZ LAW GROUP**
    | 2725 Jefferson Street, Suite 7
5 | Carlsbad, California 92008
    | Telephone: (858) 552-0000
6 | Facsimile: (760) 720-5217
    | Email: amglawyers@yahoo.com
7 |

8 | *Attorneys for Plaintiffs Reynaldo Gomez*
    | *Acosta, Servando Avila Luciano, and*
9 | *Felix Nunez Duarte*

JOINT STIP. RE SETTLEMENT
2:18-CV-08220-RGK-E

Counter-Claimant XPO Logistics Cartage, LLC and Defendants XPO Port Services Inc., XPO Logistics Port Services, LLC, XPO Logistics, Inc., and (collectively, "XPO") and Plaintiffs Reynaldo Gomez Acosta, Servando Avila Luciano, and Felix Nunez Duarte (collectively, the "*Arrellano* Plaintiffs," and together with XPO, the "Parties") hereby stipulate:

WHEREAS, the *Arrellano* Plaintiffs and XPO reached a tentative settlement of the above-captioned case on August 9, 2021, following an all-day mediation, and documented their tentative settlement in a Memorandum of Understanding the same day;

WHEREAS, in the course of negotiating a full-length settlement agreement, the Parties agreed that, based on the initial class notice in this action, which already provided all Class Members the opportunity to request exclusion, and as a result of which six (6) drivers have chosen to opt out, the opt-out opportunity has been satisfied, and under Ninth Circuit caselaw, as set forth in *Low v. Trump University, LLC*, 881 F.3d 1111, 1121 (9th Cir. 2018), due process does not require that class members must be offered another opt-out opportunity post-settlement, particularly in light of the availability of a fairness hearing at which dissenters can object and the right to review on appeal;

WHEREAS, the Notice of Settlement to the Class, which disclosed the terms of the settlement and which the Court approved, does not provide another opt-out opportunity;

WHEREAS, to offer class members another opt-out opportunity post-settlement would, as the Ninth Circuit stated in *Low*, "impede the settlement process so favored in the law";

THEREFORE, the Parties agree that adding an opt-out opportunity post-settlement is unnecessary in the settlement, which was granted preliminary approval by this Court.

1

Dated: October 12, 2021

O'MELVENY & MYERS LLP

2

By:  /s/ Scott Voelz

3

Scott Voelz

4

Attorneys for Counterclaimant XPO
Logistics Cartage, LLC and
Defendants XPO Port Services Inc.,
XPO Logistics Port Services, LLC,
and XPO Logistics, Inc.

5

6

7

Dated: October 12, 2021

GOMEZ LAW GROUP

8

By: /s/ Alvin M. Gomez

9

Alvin M. Gomez

10

Attorneys for Plaintiffs Reynaldo
Gomez Acosta, Servando Avila
Luciano, and Felix Nunez Duarte

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. RE SETTLEMENT
2:18-CV-08220-RGK-E

1

### **Local Rule 5-4.3.4(a)(2) Attestation**

2 I hereby attest that the other signatories listed, on whose behalf the filing is

3 submitted, concur in the filing's content and have authorized the filing.

4

5  Dated: October 12, 2021  O'MELVENY & MYERS LLP

6

7           By: /s/ Scott Voelz
              Scott Voelz

8

9          Attorneys for Counterclaimant XPO
           Logistics Cartage, LLC and Defendants XPO
10         Port Services Inc., XPO Logistics Port
           Services, LLC, and XPO Logistics, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28