**GOMEZ LAW GROUP**
A PROFESSIONAL CORPORATION
2725 JEFFERSON STREET, SUITE 3
CARLSBAD, CALIFORNIA 92008

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTES ARRELLANO, AND ON BEHALF OF ALL UNAMED PLAINTIFFS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>XPO LOGISTICS PORT SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08220-RGK-E<br><br>Related Case No. 2:18-cv-03736-RGK-E<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CLASS COUNSEL'S TIME ENTRIES AND EXPENSES (EXHIBIT 3 TO DECLARATION OF ALVIN M. GOMEZ, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL AND FAIRNESS OF CLASS ACTION SETTLEMENT; SERVICE ENHANCEMENT AWARDS; ATTORNEY FEES AND COSTS; AND JUDGMENT)** |

## **PROPOSED ORDER**

Having considered Plaintiffs' Application for Leave to File Under Seal, and all arguments submitted in support thereof, the Court hereby orders as follows:

-1-

*Arrellano v. XPO*
[Proposed] Order

| Description of Materials | Court Ruling |
|---|---|
| Class Counsel's Time Entries and Expenses (Exhibit 3 to Declaration of Alvin M. Gomez, Esq. in Support of Plaintiffs' Motion for Final Approval and Fairness of Class Action Settlement; Service Enhancement Awards; Attorney Fees and Costs; and Judgment). | Granted: _____ <br><br> Denied: _____ |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. R. Gary Klausner
U.S. District Court Judge