Alvin M. Gomez, Esq., State Bar No. 137818
Stephen N. Ilg, Esq., State Bar No. 275599
Frank Zeccola, Esq., State Bar No. 308875
**GOMEZ LAW GROUP**
2725 Jefferson Street, Suite 3
Carlsbad, California 92008
Telephone: (858) 552-0000
Facsimile: (760) 542-7761
Email: alvingomez@thegomezlawgroup.com

Attorney for Plaintiffs Reynaldo Gomez Acosta, Servando Avila Luciano, and Felix Nunez Duarte, and on behalf of all unnamed Plaintiffs similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTES ARRELLANO, AND ON BEHALF OF ALL UNAMED PLAINTIFFS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> XPO LOGISTICS PORT SERVICES, LLC; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-08220-RGK-E <br><br> Related Case No. 2:18-cv-03736-RGK-E <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL AND FAIRNESS OF CLASS ACTION SETTLEMENT; CLASS REPRESENTATIVE SERVICE AWARDS; ATTORNEY FEES AND COSTS; AND JUDGMENT** <br><br> Date: January 10, 2022 <br> Time: 9:00 a.m. <br> Courtroom: 850 <br> Hon. R. Gary Klausner |

**TO EACH PARTY AND THE COUNSEL OF RECORD FOR EACH PARTY:**

YOU ARE HEREBY NOTIFIED that on January 10, 2022, at 9:00 a.m. in Courtroom 850 of the United States District Court for the Central District of California, Western Division, located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, before the Honorable Hon. R. Gary Klausner, Plaintiffs Reynaldo Acosta, Felix Nunez Duarte, and Servando Avila Luciano, on behalf of themselves and other Class Members, and Plaintiffs Edgardo Villatoro, Manuel De Jesus Martinez, and Gerard Daniels in consolidated case 2:19-CV-09199 (hereinafter "Plaintiffs") will ask the Court to issue an Order granting final approval to the class settlement and fairness, and entering judgment.

This motion is made pursuant to Federal Rules of Civil Procedure 23 on the grounds that (1) the terms of the Settlement Agreement are objectively fair, adequate, and reasonable to the Class; (2) are the product of arm's-length negotiations; (3) the Class Notice was distributed in accordance with the Court's Preliminary Approval Order; (4) a small number of the Class requested exclusion; (5) all other criteria for final approval are satisfied; and (6) Defendants do not oppose this motion.

This Motion is further based upon (1) the Court's Order of October 8, 2021, Granting Preliminary Approval of Settlement; Approving Class Notice and Related Materials; Appointing Class Counsel; Appointing Settlement Administrator; and Scheduling Final Approval Hearing; (2) this Notice of Motion and Motion for Final Approval of Class Action Settlement; (3) the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement; (4) the Declaration of Alvin M. Gomez in Support of Motion for Final Approval of Class Action

Settlement and Motion For Attorneys' Fees, and all other Declarations and exhibits thereto, filed concurrently herewith; (5) the previous Motion for Preliminary Approval and supporting documents and exhibits; (6) the Court records in this action; and (7) such other and further material or argument as may be presented prior to and at the hearing on this motion.

Dated: December 10, 2021  **GOMEZ LAW GROUP**

/s/ Alvin M. Gomez
Alvin M. Gomez, Esq.
Stephen Noel Ilg, Esq.
Frank J. Zeccola, Esq.
Attorneys for Plaintiffs
and the Plaintiff Class