UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08220-RGK-E | Date | January 10, 2022 |
|---|---|---|---|
| Title | Victor Cortez Arrellano, et al. v. XPO Port Service Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alvin Gomez | Scott Voelz |

**Proceedings:** **Plaintiffs' Motion for Final Approval of Class Action Settlement [270] and Plaintiffs' Motion for Attorney Fees and Costs [271]**

    Case called. Counsel state their appearances. No objections have been filed and no objectors are present. Court and counsel confer re settlement funds. The Motion for Final Approval of Class Action Settlement is approved. The motion for attorney fees and costs is taken under submission.

    **IT IS SO ORDERED.**

                                                                                                                                                 :   01

Initials of Preparer   slw