JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORTES ARRELLANO, AND ON BEHALF OF ALL UNAMED PLAINTIFFS SIMILARLY SITUATED, | Case No.:  2:18-cv-08220-RGK-E |
| | Related Case No. 2:18-cv-03736-RGK-E |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE INCENTIVE AWARD; AND JUDGMENT** |
| v. | |
| XPO LOGISTICS PORT SERVICES, LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| | Date: December 13, 2021 Time: 9:00 a.m. Courtroom: 850 Hon. R. Gary Klausner |

-1-

*Arrellano v. XPO*
[Proposed] Order on Motion for Final Approval of Class Action Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

The parties reached a settlement subject to Court approval as represented in the Class Action Settlement Agreement ("Settlement Agreement") that was filed previously with the Court. On December 13, 2021, this Court conducted a Final Settlement Fairness Hearing pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FRCP") and this Court's previous Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order"). Due and adequate notice having been given to Defendant and the Class, and the Court having considered the Settlement Agreement, the instant motion, all papers filed and proceedings herein and all oral and written comments received regarding the proposed settlement, including on behalf of Osman R. Garcia, Luis Humberto Montalvo, Mariano A. Saravia, Armando Henriquez, Luis Meza, and Vicente Renderos, the Class Members who did not return their Form W-9s, and having reviewed and considered the written and oral arguments of counsel for the parties and for the objectors, and the entire record in this litigation, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     For the reasons set forth in the Preliminary Approval Order, which are adopted and incorporated herein by reference, this Court finds that the applicable requirements of Rule 23 have been satisfied with respect to the proposed Settlement.

2.     This Order Granting Final Approval of Class Action Settlement and Judgment (hereafter, "Final Approval Order and Judgment") hereby adopts and incorporates by reference the terms and conditions of the parties' Settlement Agreement, together with the definitions of terms used and contained therein, including the Class, which is defined as:

"All current and former drivers of Defendant XPO Port Services who work or worked out of XPO's California yard located at XPO's Port Service's location during the relevant time period, from March 28, 2013 to the present, and (1) signed an independent contractor agreement ("ICOC") with XPO Port Services (or its predecessors and successors) in California at any time from March 28, 2013 through the date of notice to the class; (2) actually drove for XPO; and (3) were classified by XPO as an independent contractor instead of an employee." (The class excludes individuals who performed services as "Second Seat Drivers" and any limited liability corporations or other corporate entities that signed the "ICOC".) (Dkt. 101.)

A list of the members of the Class is attached hereto as Exhibit A.

3.     The Court finds that it has jurisdiction over the subject matter of the Class Action and over all parties to the Class Action, including all members of the Class, except for the 6 Class Members who opted out. The names of the Class Members who opted out are: Osman R. Garcia, Luis Humberto Montalvo, Mariano A. Saravia, Armando Henriquez, Luis Meza, and Vicente Renderos.  A list of the members of the Class is attached hereto as Exhibit A.   Notwithstanding the foregoing, the Court does retain jurisdiction over the opt outs for the limited purposes of the settlement of the PAGA claim.

4.     The Class Notice given to the Class Members fully and accurately informed the Class Members of all material elements of the proposed Settlement and of their opportunity to object to or comment thereon; was the best notice practicable under the circumstances; was valid, due, and sufficient notice to all Class Members; and complied fully with the laws of the State of California, the United States Constitution, due

process, and other applicable law. The Class notice fairly and adequately described the Settlement; provided Class Members adequate instructions and a variety of means to obtain additional information; and described to Class Members their opportunity to object. Class Members were adequately provided with a Form W-9 in the Notice, and also accessible at www.phoenixclassaction.com/arrellano-v-xpo, and which was submitted by Class Members via mail, email, or facsimile. A full opportunity has been afforded to the Class Members to participate in the Final Approval hearing, and all Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all Class Members are bound by this Order and Judgment.

5.     The Court has considered all relevant factors for determining the fairness of the settlement and has concluded that all such factors weigh in favor of granting final approval. In particular, the Court finds that the Settlement was reached following meaningful discovery and investigation conducted by Class Counsel; that the Settlement is the result of serious, informed, adversarial, and arm's-length negotiations between the Parties, aided by a professional mediator; and that the terms of the Settlement are in all respects fair, adequate and reasonable. *Staton v. Boeing Co.*, 327 F.3d 938, 952 (9th Cir. 2003) (citing *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir.1998) (citations omitted)). In so finding, the Court has considered all of the evidence presented, including evidence regarding the strength of the Plaintiff's case; the risk, expense, and complexity of the claims presented; the likely duration and risk involved with further litigation and appeal; the amount offered in Settlement; the extent of investigation and discovery completed; and the experience and views of Class Counsel. Accordingly, the Court hereby approves the settlement as set forth in the Settlement Agreement and expressly finds that said

settlement is, in all respects fair, reasonable, adequate and in the best interests of the entire Settlement Class, including, without limitation, the PAGA penalties sought therein, and hereby directs implementation of all remaining terms, conditions, and provisions of the Settlement Agreement.

6. The Court hereby approves attorneys' fees to Class Counsel in the amount of $3,166,350.00 and legal and administration costs of $135,000 as compensation for all attorney time spent on this matter from inception through and including the final Settlement Fairness Hearing and all other work related to this case and all costs, as these requests are fair and reasonable. Costs to the claims administrator in the amount of $9,500.00 is hereby approved as fair and reasonable. No other costs or fees relief shall be awarded, either against Defendant or any other of the Released Parties, as defined in the Settlement Agreement.

7. The Court hereby approves the Service Awards in the amount of $10,000 to each named Plaintiff. Based on their contributions to the class and risks incurred, and conditioned on their execution of the General Release of Known and Unknown Claims, as provided for in the Settlement Agreement, and all other factors presented to the Court, the Court finds this request is fair and reasonable.

8. The settlement of the PAGA claims released in the Settlement is approved on behalf of the "aggrieved employees," as that term is used in California Labor Code section 2698, et seq. Settlement of the PAGA claims is binding on the parties, aggrieved employees, and the California Labor and Workforce Development Agency, including all members of the Class as well as those that opted out. The Court hereby approves a total PAGA penalty of $20,000.00, with $15,000.00 payable to the Labor Workforce Development Agency ("LWDA"), as this request is fair and reasonable.

*Arrellano v. XPO*
[Proposed] Order on Motion for Final Approval of Class Action Settlement

9. Entry of this Final Approval Order and Judgment shall constitute a full and complete bar against the Settlement Class as to all the claims released by the Settlement Agreement and shall constitute res judicata and collateral estoppel with respect to any and all such prior, current, or future released claims. This Final Approval Order and Judgment binds all members of the Settlement Class, except for the six opt outs (who remain bound by the Settlement with respect to the resolution of the PAGA claim only). Specifically, upon entry of this Final Approval Order and Judgment, the Settlement Class will be deemed to have fully and finally released and discharged XPO, and its consolidated subsidiaries, successors, predecessors, assigns, affiliates, parent companies, shareholders, officers, directors, agents, insurers, attorneys, and employees; and XPO's past, present, and future shareholders, officers, directors, agents, employees, attorneys, and insurers (collectively the "Releasees")  from any and all wage-and-hour claims, rights, demands, liabilities and causes of action as defined in the Settlement Agreement.

10. As of the date of this Final Order, all Class Members (other than those who opted out) shall fully and finally release the Released Parties from any and all Released Claims. "Released Claims" means all claims released in the Settlement Agreement including all claims, actions, causes of action, administrative claims, demands, debts, damages, penalties, costs, interest, attorneys' fees, obligations, judgments, expenses, or liabilities, in law or in equity, whether now known or unknown, contingent or absolute, which: (i) are owned or held by Named Plaintiffs and Class Members and/or by their Related Entities (if any), or any of them, as against Releasees, or any of them; (ii) arise under any statutory or

common law claim which was asserted in either the Operative Complaint, or in any of the prior complaints in the Lawsuit or, whether or not asserted, could have been brought arising out of or related to the allegations of misclassification of Named Plaintiffs and Class Members as independent contractors set forth in the Operative Complaint, and (iii) pertain to any time in the Release Period.  The Released Claims include any known or unknown claims for damages and injunctive relief.  The Released Claims include but are not limited to, claims under California Labor Code §§ 200 et seq., 201, 201.3, 201.5, 201.7, 202, 203, 203.1, 203.5, 204, 204a, 204b, 204.1, 204.2, 205, 205.5, 206, 206.5, 208, 209, 210, 212, 213(d), 218.5, 218.6, 221, 222, 222.5, 223, 224, 225.5, 226, 226.3, 226.7, 226.8, 227, 227.3, 230, 230.1, 230.2, 230.3, 230.4, 230.7, 230.8, 231, 232(c), 232.5(c), 233, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 432.5, 512, 558, 1174, 1194, 1194.2, 1197, 1197.1, 2698 et seq., 2699 et seq., 2699.3, 2699.5, 2800, 2802, 2804; Industrial Welfare Commission Wage Order No. 9-2001; California Business and Professions Code §§ 17200 et seq.; California Code of Civil Procedure §§ 382, 1021.5; California Civil Code §§ 3287, 3288; repair and maintenance expense reimbursement claims; any alleged or contemplated claims of retaliation; and common law claims for fraud, breach of contract, rescission, unjust enrichment, or declaratory judgment.

11.    The Released Claims are further defined as: Any and all claims, actions, causes of action, administrative claims, demands, charges, debts, damages, penalties, interest, costs, attorneys' fees, obligations, judgments, expenses, or liabilities, in law or in equity, whether now known or unknown, contingent or absolute, that a Plaintiff, on behalf of himself had,

has or could have had against the Releasees by reason of any act, omission, harm, matter, cause, or event whatsoever, whether sounding in tort, contract, federal, state and/or local law, statute, ordinance, regulation, common law, or other source of law or contract, arising or accruing at any time in the Release Period, for any type of relief, including without limitation wages, pay, unpaid/unreimbursed costs, deductions, penalties, general damages, compensatory damages, liquidated damages, punitive damages, interest, attorneys' fees, litigation and other costs, expenses, restitution, and equitable and declaratory relief.

12. In consideration of their awarded attorneys' fees and expenses, Class Counsel waives any and all claims to any further attorneys' fees and expenses in connection with the Lawsuit.

13. The Court further confirms and finds that nothing contained in the Settlement Agreement, the Preliminary Approval Order, this Final Approval Order and Judgment, or any other Order entered in this action shall in any way or manner constitute an admission or determination of liability by or against Defendant, or any other Class Members' Released Parties with respect to any of the claims and causes of action asserted by the Settlement Class or any member thereof, and shall not be offered in evidence in any action or proceeding against Defendant, or any other Class Members' Released Parties in any court, administrative agency, or other tribunal for any purpose whatsoever, other than to the extent necessary to enforce the provisions of the Settlement Agreement or this Order. This paragraph shall not, however, diminish or otherwise affect the obligation, responsibilities, or duties of Defendant under the Settlement Agreement and this Final Approval Order and Judgment.

14.     Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement.

### JUDGMENT

15.     In accordance with, and for the reasons stated in, the Final Approval Order, judgment shall be entered whereby, except for the six opt-outs, namely Osman R. Garcia, Luis Humberto Montalvo, Mariano A. Saravia, Armando Henriquez, Luis Meza, and Vicente Renderos (who remain bound by the release of the PAGA claim). Plaintiff and all Class Members shall take nothing from Defendant, except as expressly set forth in the Stipulation.

16.     Pursuant to FRCP 23, this Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, Class Members, and Defendants, for the purposes of:

(a)     Supervising the implementation, enforcement, construction, and interpretation of the Stipulation, the Preliminary Approval Order, the plan of allocation, the Final Approval Order, and the Judgment; and

(b)     Supervising distribution of amounts paid under this Settlement.

**IT IS SO ORDERED.**

Dated:   February 10, 2022

R. Gary Klausner
UNITED STATES DISTRICT JUDGE

-9-

*Arrellano v. XPO*
[Proposed] Order on Motion for Final Approval of Class Action Settlement

# EXHIBIT A

| Last Name | First Name |
|---|---|
| Abarca | Ringo |
| Acha Alipio | Enrique |
| Ackling | Michael D |
| Aguilar | Manuel |
| Alcala | Carlos |
| Alegria | Roger |
| Alonzo | Joe J |
| Alvarado | Jose Antonio |
| Alvarado Espinoza | Arnulfo |
| Alvarado Paez | Jose Israel |
| Alvarenga | Jose Carlos |
| Alvarez | Angel |
| Alvarez | Josue |
| Alvarez | Reyes |
| Alvarez Jr | Alejandro |
| Amaya | Lindolfo |
| Arellano | Victor Cortes |
| Arevalo | Carlos A. |
| Avalos | Raul |
| Ayala | Danilio De Jesus |
| B. Benjamin Iii | Julian |
| Barrios Romero | Josue Ezequiel |
| Bedolla | Jorge Javier |
| Bernal | Adalberto |
| Brown | Walter |
| Burton | Christopher Arthur |
| Caldera | Julio Antonio |
| Camargo | Roberto Ramirez |
| Caminos | Julio A |
| Campos | Alfonso Limon |
| Castro | Jesus |
| Castro-Berrios | Julio Cesar |
| Catarino Sanchez | Juan Manuel |
| Cazares Lopez | Juan Carlos |
| Cerros | Manolo Antonio |
| Chavez | Francisco Antonio |
| Chibukhchyan | Armen |
| Christopher | Fred Paul |
| Contreras | Abel |
| Contreras | Milton Edgardo |
| Cordova | Francisco |
| Craig | Victor |
| Cruz | Jose Manuel |
| Cruz Bonilla | Jose B |
| Cruz Norori | Lester G |
| Daniels | Gerald W |

| Last Name | First Name |
|---|---|
| Darwin | Amaya |
| Dashto | Tony |
| Davila | Luis Valdes |
| Davis | Frederic Michael |
| Day | Darrell |
| De La Fuente | Noe |
| Decoud | Lawrence M |
| Dejesus Menjivar | Noel |
| Diaz | Agustin |
| Diaz Aguilar | Juan M |
| Diaz Dominguez | Rodolfo |
| Disus | Albert |
| Eder | Amaya |
| Estrada | Jorge I |
| Estrada | Jose I |
| Estrada | Luis Manuel |
| Fabela | John D |
| Fernandez | Jose |
| Flores | Allen |
| Flores | Bryan |
| Flores | David |
| Flores | Fernando |
| Flores | Sergio |
| Franco | Ricardo A |
| Fuentes | David R |
| Fuentes Roque | Mauricio |
| Funes Munoz | William Isaac |
| Galaviz Jr | Miguel |
| Gallego Hoyos | German |
| Galvan | Albert |
| Garcia | Alejandro |
| Garcia | Candelario |
| Garcia | Jose A |
| Garcia | Juan |
| Garcia | Oscar Eduardo |
| Garcia Gonzalez | Guadalupe |
| Garduno | Jose Guadalupe |
| Gil | Jose C |
| Gino Rendon | Pedro |
| Giron | Celso |
| Gomez | Allan Javier |
| Gomez | Enrique |
| Gomez | Gabriel |
| Gomez Rosa | Julio Fernando |
| Gonzalez | Carlos |
| Grossley | Raymond |

| Last Name | First Name |
|---|---|
| Guatemala | Moises C |
| Guerrero Loor | Luis |
| Guevara Quintanar | Gerardo |
| Gutierrez | Fernando |
| Gutierrez | Vicente |
| Guzman | Janis Antonio |
| Hall | Randy James |
| Hart | Andre Lamar |
| Hernandez | Estanislao |
| Hernandez | Gregorio Lomeli |
| Hernandez | Ignacio |
| Hernandez | Israel |
| Hernandez | Jose Luis |
| Hernandez Melgar | Luis |
| Herrera Islas | Jesus |
| Hidalgo | Marlo A Cruz |
| Howard | Kenneth |
| Ifeacho | Kingsley Obinna |
| Iscoa | Jose Francisco |
| Jason Pinckney | Leon |
| Jimenez | Hector |
| Juarez Pineda | Luis Antonio |
| Kelly | Garry |
| Korkes | Lorans |
| Kramer | Alex |
| Kuffo | Luis E |
| Lambey | Elroy |
| Landeros | Ruben Ocho |
| Leyva | Jesus |
| Lopez | Efrain |
| Lopez | Guillermo |
| Lopez | Mario Alberto |
| Lopez | Rudy Alberto |
| Lopez Fuentes | Oscar A |
| Lopez Moran | Mario |
| Lopez Villareal | Oscar Ivan |
| Manzo | Javier |
| Marchante | Luis Alfredo |
| Marquez | Florencio |
| Marshall | Keith L |
| Martinez | Jose O |
| Martinez Marquez | Jorge |
| Martinez Mejia | Manuel De Jesus |
| Mcarthur Young | Keith |
| Medina | Aniceto |
| Mejia | Atenogenes Coronel |

| Last Name | First Name |
|---|---|
| Mejia Flores | Carlos H |
| Melendez | Nestor Antonio |
| Mendez | Medardo |
| Mendoza | Heladio Climaco |
| Mendoza | Ruben Garcia |
| Molina | Eldai |
| Molina | Luis |
| Monge | Denis |
| Montenegro | Mario Anibal |
| Monterrosa | Jose A |
| Montes | Marlon |
| Moore | Larry Dewayne |
| Morales | Joe |
| Mosqueda | Ernie |
| Mosqueda | Joe |
| Navarro | Arturo Real |
| Nerio Juarez | Rene Gustavo |
| Nunez Duarte | Felix |
| Ortiz | Edgar Joel |
| Ortiz | Edwing |
| Ortiz | Felix |
| Ortiz | Jaime Villagas |
| Ortiz Bravo | Sigifredo |
| Padilla | Irma Gomez |
| Pahuamba | Javier Pablo |
| Palomino | Jorge |
| Paredes | Leodan |
| Paz | Jose |
| Paz | Maximino |
| Penilla | Carlos |
| Perez | Domingo |
| Perez | Salvador |
| Perez Cano | Felix |
| Phelps | Brian |
| Pleitez | Neftaly |
| Ponce | Jose |
| Poole | Michael Lashawn |
| Prieto | Armando |
| Quevedo | Byron |
| Quiroz | Jesse |
| Rajo | Carlos |
| Ramirez | Jose |
| Ramirez | Jose Angel |
| Ramos | Edgar |
| Ramos | Eduardo Benito |
| Retena-Elizarraraz | Javier |

| Last Name | First Name |
|---|---|
| Rivera Reyes | Francisco |
| Rocha Gallaga | Gerardo |
| Rodriguez | Gerardo Alexander |
| Rodriguez | Marco Antonio |
| Rodriguez | Martin |
| Rodriguez | Mauricio |
| Rodriguez | Oscar |
| Rodriguez | Ramon |
| Romo Romero | Jesus |
| Rosas | Cesar |
| Ruada | Jose W |
| Ruiz | Marco A |
| Salgado | Felipe De Jesus |
| Salvador Lopez | Felix |
| Sanchez | Brian |
| Sanchez | Gerardo |
| Sandoval | Hugo Odilio |
| Santiesteban Rodriguez | Israel |
| Santos Paz | Gilberto |
| Sermeno | Angelica |
| Serpas Hernandez | Franklin S |
| Silva | John |
| Smith | Alexi |
| Smith | Walter Roberto |
| Solis Sanchez | Jose J |
| Soltero | Gabriel |
| Sosa | Feliberto |
| Sosa | Rafael Antonio |
| Soto Perez | Juan |
| Tepozteco | Paul |
| Thomas | Morris Kendrick |
| Thompson | Douglas |
| Tirado | Jesus Lozano |
| Torres | Michael Fred |
| Tran | Trong Minh |
| Trejo | Leonardo |
| Underwood | Alan Wayne |
| Valdez | Raul |
| Vasquez Ruiz | Edgar |
| Villa | Cesar Abelino |
| Villatoro | Edgardo |
| Woods | Vernon Alexander |
| Yuk | Sophearoath |
| Zedan | Mejdy Ghazi |
| Zouri | Steven |
| Zubia Villasenor | Ronald |